UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA MILTENBERGER, | ) |
| | ) CASE NO. C12-1441-TSZ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The parties filed a stipulated motion, docket no. 18, to reverse and remand this case for further administrative proceedings.   It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation, docket no. 19;

(2)   The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 28th day of February, 2013.

_____
THOMAS S. ZILLY
United States District Judge

ORDER OF REMAND
PAGE -1